# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN BENJAMIN RAMSEY

NO. 2025 KW 0375

**JULY 14, 2025**

---

In Re:   John Benjamin Ramsey, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 32415.

---

**BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.**

CHH
BDE
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT